**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

K.F., : No. 525 WAL 2014
:
Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. :
:
:
:
TIMOTHY RODENIUS, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.